## Commonwealth *v.* Barnes, Appellant.

Before LEVIN, P. J.

Submitted December 13, 1968. *Louis Natali,* Assistant Defender, with him *Frank S. Wright* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Harvey Steinberg* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.